Order issued September 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01225-CV

## IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

ELIZABETH LANG-MIERS
JUSTICE